UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ISEAH MCQUEEN,

Defendant.

Case No. 5:26-mj-00004-CDB

ORDER OF TEMPORARY DETENTION PENDING FURTHER PROCEEDINGS IN SOUTHERN DISTRICT OF CALIFORNIA

**Background**

Defendant Iseah Mcqueen was arrested in this district on a warrant issued by the Southern District of California in connection with a petition alleging that he violated his conditions of pretrial release imposed there. *See* No. 3:24-po-01138-LR (S.D. Cal.).

On January 20, 2026, Defendant, who was appointed counsel in the underlying criminal matter through the Office of the Federal Defenders, appeared through specially appearing counsel for an initial appearance in this Court, as the district of arrest, pursuant to Federal Rules of Criminal Procedure 5(c)(3) and 40.

Defendant was advised of the allegations in the petition and of his rights, including his right to remain silent, right to consular notification, right to deny the violation, and of his right to an identity hearing in this district. Having been so advised, and after conferring with specially

appearing counsel, Defendant knowingly and voluntarily waived any rights he had to an identity hearing.

At the initial appearance, both counsel for Defendant and counsel for the government argued that the charging district's release order should be modified to require temporary detention. The matter was argued and submitted.

**Governing Legal Standard**

Pursuant to Rule 40(c), a court may modify any previous release or detention order issued in another district but must state its reasons for doing so in writing. Here, because the request by counsel for Defendant and counsel for the government that Defendant be temporarily detained would require a change – temporary revocation – of the conditions of release imposed by the charging district, the Court considers whether such a change is appropriate. *See, e.g., United States v. Turner*, No. 1:21 MJ 17 WCM, 2023 WL 2401581, at \*2 (W.D.N.C. Mar. 8, 2023) (citing cases).

**Discussion**

As set forth and preserved on the record, the Court finds that temporary revocation of the charging district's release order is appropriate and that Defendant should be temporarily detained pending his transportation to and appearance for further proceedings in the Southern District of California. Specifically, the docket in the charging district reflects that Defendant failed to appear in the underlying criminal matter, prompting the issuance of an arrest warrant. Upon his arrest, Defendant appeared for initial proceedings and was released on bond pursuant to numerous conditions. Within a week of his release, Defendant allegedly violated the term of his release that prohibits him from committing any new law violations. These facts suggest that Defendant is a flight risk and not amenable to complying with the pretrial release conditions imposed. Accordingly, the undersigned concludes no condition or combination of conditions could sufficiently mitigate the risk of flight Defendant would present were he released and that, pursuant to Rule 40(c), the previously entered release order should be temporarily modified.

///

///

**Conclusion and Order**

ACCORDINGLY, based on the totality of these considerations, the Defendant is ordered temporarily detained pending his anticipated transportation to the Southern District of California for further proceedings pursuant to 18 U.S.C. § 3148(b).

IT IS SO ORDERED.

Dated:    **January 20, 2026**                    _____

UNITED STATES MAGISTRATE JUDGE

3